# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Brownsville

United States District Court
Southern District of Texas
ENTERED

AUG 1 9 2015

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA
V.
**RUBEN GONZALEZ-CAVAZOS**

CASE NUMBER: **1:13CR00317-003**
USM NUMBER: 34235-379

Date of Original Judgment: 02/03/2014
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Arturo Vasquez
Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED

☒ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __47__ months **is reduced to** __36__ months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated February 3, 2014, shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 8/14/15

Signature of Judge

Effective Date: November 1, 2015
*(if different from order date)*

**HILDA G. TAGLE**
**SENIOR U. S. DISTRICT JUDGE**
Name and Title of Judge

GM/302106